Albert Russo, Standing Chapter 13 Trustee
CN 4853
Trenton, NJ   08650
(609) 587-6888

| | | |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT |
| | | District of New Jersey |
| | : | Trenton Vicinage |
| Gregory J Chadwick Jr | | |
| Nancy Chadwick | : | |
| | | CHAPTER 13 CASE NO. 11-20563 / MBK |
| | : | |
| | | |
| | : | Hearing Date: May 13, 2014 09:00 AM |
| | | Honorable  Michael B. Kaplan |
| Debtor(s) | | |

### NOTICE OF MOTION TO DISMISS AND TO DISBURSE FUNDS ON HAND, OR IN THE ALTERNATIVE, FOR ENTRY OF A WAGE ORDER

Albert Russo, Standing Chapter 13 Trustee has filed papers with the court requesting the dismissal of your case or, in the alternative, for an entry of a wage order for Trustee payments.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to  consult one).

If you do not want the court to grant the order dismissing your case or the order for wage deductions by ALBERT RUSSO, TRUSTEE or if you want the court to consider your views on the motion, then seven (7) days before the scheduled hearing date of 5/13/2014 you or your attorney must:

File a WRITTEN RESPONSE in opposition to this motion explaining your position and send it to:

Clerk of the United States Bankruptcy Court
402 East State Street
Trenton, NJ  08608

and

Albert Russo, Standing Chapter 13 Trustee
CN 4853
Trenton, NJ   08650

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the hearing date stated above.

Movant waives Oral Argument. If opposition is filed, a hearing will be held on the date set forth above before Judge Michael B. Kaplan at the United States Bankruptcy Court, 402 East State Street, MBK - Courtroom 8, Trenton, NJ 08608.

/s/ Albert Russo

Albert Russo
Standing Chapter 13 Trustee