UNITED STATES BANKRUPTCY COURT
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Albert Russo

CN 4853

Trenton, NJ  08650

(609) 587-6888

Standing Chapter 13 Trustee

In re:

Gregory J Chadwick Jr
Nancy Chadwick

Debtor(s)

CHAPTER 13 CASE NO. 11-20563 / MBK

Hearing Date: May 13, 2014  9:00 am

Honorable Michael B. Kaplan

ORDER ON TRUSTEE'S MOTION / APPLICATION TO DISMISS
AND TO DISBURSE FUNDS ON HAND

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

This matter having come before the Court on Motion/Application of Albert Russo, Standing Chapter 13 Trustee, for an Order Dismissing the Debtor's case and to disburse funds on hand, and good cause having been shown, it is hereby

**ORDERED** as follows:

☐    case is dismissed.

☐    case is converted to a proceeding under Chapter 7.

☐    case is converted to a proceeding under Chapter 11.

**ORDERED** that upon case dismissal or conversion, any funds held by the Chapter 13 Trustee from payments made on account of Debtor(s) Plan, shall be disbursed to creditors, except as follows:

(a)    $_____ shall be disbursed to Debtor(s) Counsel for Counsel Fees and Costs hereby allowed as an Administrative Expense;

(b)    $_____ to _____ (creditor) for adequate protection payments pursuant to prior Order of the Court.

☐ case is allowed to continue under Chapter 13 upon the following terms and conditions:

☐ (a) $_____ paid to date plus payments to the Trustee in the amount of $_____ per month for an additional _____ months beginning _____;

☐ (b) Debtor(s) shall prepare and file with the Court a Wage Order for continuing Trustee payments;

☒ (c) If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed;

☐ (d) Other (i.e. Counsel Fee Award or other relief to moving party)