| UNITED STATES BANKRUPTCY COURT |
|---|
| District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Albert Russo |
| CN 4853 |
| Trenton, NJ  08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

In re:

Gregory J Chadwick Jr
Nancy Chadwick

Debtor(s)

Order Filed on 5/14/2014 by Clerk U.S. Bankruptcy Court District of New Jersey

CHAPTER 13 CASE NO. 11-20563 / MBK

Hearing Date:  May 13, 2014   9:00 am

Honorable Michael B. Kaplan

ORDER ON TRUSTEE'S MOTION / APPLICATION TO DISMISS
AND TO DISBURSE FUNDS ON HAND

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: 5/14/2014**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on Motion/Application of Albert Russo, Standing Chapter 13 Trustee, for an Order Dismissing the Debtor's case and to disburse funds on hand, and good cause having been shown, it is hereby

**ORDERED** as follows:

[X] case is dismissed.

[ ] case is converted to a proceeding under Chapter 7.

[ ] case is converted to a proceeding under Chapter 11.

**ORDERED** that upon case dismissal or conversion, any funds held by the Chapter 13 Trustee from payments made on account of Debtor(s) Plan, shall be disbursed to creditors, except as follows:

(a)    $_____ shall be disbursed to Debtor(s) Counsel for Counsel Fees and Costs hereby allowed as an Administrative Expense;

(b)    $_____ to _____ (creditor) for adequate protection payments pursuant to prior Order of the Court.

*Approved by Judge Michael Kaplan  May  14, 2014*

☐ case is allowed to continue under Chapter 13 upon the following terms and conditions:

☐ (a) $_____ paid to date plus payments to the Trustee in the amount of $_____ per month for an additional _____ months beginning _____;

☐ (b) Debtor(s) shall prepare and file with the Court a Wage Order for continuing Trustee payments;

☐ (c) If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed;

☐ (d) Other (i.e. Counsel Fee Award or other relief to moving party)

*Approved by Judge Michael Kaplan  May  14, 2014*