| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>STANDING CHAPTER 13 TRUSTEE<br>In Re:<br><br>**GREGORY J. CHADWICK JR.**<br>**NANCY CHADWICK**<br><br>            Debtor(s) | Case No:   11-20563 MBK<br><br>Chapter 13<br><br>Hearing Date:  2/24/15<br><br>Judge Michael B. Kaplan |

## TRUSTEE'S OBJECTION TO MOTION TO REINSTATE CASE

The Standing Chapter 13 Trustee, Albert Russo, submits his objection to Debtor's Motion to Reinstate Chapter 13 Case for the reasons set forth below:

1. The Debtor(s) do not have all of the funds to bring the Trustee payments current.

Wherefore, Standing Chapter 13 Trustee, Albert Russo, requests this Court deny the Debtor's Motion to Reinstate the Chapter 13 matter.

DATED: 2/19/15                                                     /s/ *Albert Russo*
                                                                             Albert Russo, Standing Chapter 13 Trustee
                                                                             BY: Erik Collazo, Esquire